UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LEWIS ZIROGIANNIS,

          Plaintiff,

    v.

KIMBERLY LEWELLEN, et al.,

          Defendants.

Case No. 23-cv-04438-SI

**JUDGMENT**

Re: Dkt. No. 21

On December 4, 2023 plaintiff filed a notice of voluntary dismissal of this entire case as to all defendants, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  Dkt. No. 21.  The Court hereby dismisses this case without prejudice pursuant to Rule 41(a)(1)(A)(i).  All pending motions at Dkt. Nos. 6, 8, and 18 are denied as moot.

    **IT IS SO ADJUDGED**.

Dated: December 5, 2023

SUSAN ILLSTON
United States District Judge

United States District Court
Northern District of California